IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10382
Conference Calendar
_____


PAUL LOUIS HARRELSON,

                                        Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA;
BONNIE HILL; FRED HILL; JANE DOE

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:95-CV-001-X
- - - - - - - - - -
December 20, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Paul Harrelson appeals from the district court's order denying his application for leave to file a petition for a writ of habeas corpus.  Harrelson's action in filing this lawsuit violated an injunction issued by the United States District Court for the Northern District of Texas.  Accordingly, the district court did not abuse its discretion in dismissing the lawsuit.

_____

     [*]     Local Rule 47.5.1 provides:  "The publication of opinions that merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.

Harrelson's brief is wholly without merit, rendering the appeal frivolous. We caution Harrelson that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, Harrelson is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED. <u>See</u> 5th Cir. Rule 42.2.